# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| OLLNOVA TECHNOLOGIES LTD., | |
| *Plaintiff,* | Case No. 2:22-cv-00072-JRG |
| v. | |
| ECOBEE TECHNOLOGIES ULC d/b/a ECOBEE, | The Honorable J. Rodney Gilstrap |
| *Defendant.* | |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S COUNTER DEPOSITION DESIGNATIONS

Pursuant to the Court's Fourth Amended Docket Control Order entered in this case (Dkt. 119), Defendant ecobee Technologies ULC d/b/a ecobee ("ecobee") hereby serves its objections to Plaintiff Ollnova Technologies Ltd.'s ("Ollnova's") counter deposition designations.

In objecting to Ollnova's counter deposition designations, ecobee is using the abbreviations set forth below. Furthermore, in addition to the specific objections, ecobee objects to the counter deposition designation(s) for any individual (a) not identified as being presented by deposition designation on Ollnova's witness list, and/or (b) not established to be unavailable pursuant to F.R.C.P. 32.

| Abbreviation | Ecobee's Objections |
|---|---|
| R | Lacks relevance (FRE 401/402) |
| 403 | Unduly prejudicial/confusion/misleading/undue delay/waste of time/cumulative/inflammatory (FRE 403) |
| F | Lacks foundation (FRE 602) |
| O | Improper Opinion (FRE 701/702) |
| H | Hearsay (FRE802) |

1

| A | Authentication (FRE 901) |
|---|---|
| 404(a) | Rule 404(a) (character evidence) |
| 1006 | Rule 1006 (summary of voluminous documents) |
| OR | Original Required (FRE 1002) |
| LP | Limited Purpose Only (FRE 105) |
| MIL | Subject to Motion in Limine |
| P | Privilege |
| N | Nonresponsive |
| I | Improper/Incomplete designations |
| DO | Subject to objection to form of deposition question |
| 30(b)(6) | Testimony by 30(b)(6) designee outside scope of noticed topic |
| ATTY | Attorney Objections not removed |

| Objection Codes | Ollnova's Objection |
|---|---|
| 1. | Improper Attorney Commentary |
| 2. | Foundation, Assumes Facts Not in Evidence |
| 3. | Asked and Answered |
| 4. | Argumentative (See FRCP 611(a) |
| 5. | Bolstering Credibility of Witness |
| 6. | Calls for Speculation |
| 7. | Compound Question |
| 8. | Compromise & Offer to Compromise (FRE 408) |
| 9. | Inequitable Conduct/Laches or Equitable Estoppel for Court Only |
| 10. | Testimony is Cumulative |
| 11. | Testimony Is Harassing or Unduly Embarrassing to Witness (FRE 611(f)) |
| 12. | Hearsay (Rule 801, Rule 802) |
| 13. | Improper Attorney Commentary and/or Form Objections or Other Objections/Instructions on the Record |
| 14. | Unwarranted Suggestive, Argumentative or Impertinent Language (FRCP 103(c)); 404-405 |
| 15. | Incomplete Designation (Rule 106) |
| 16. | Incomplete Answer Or Question |
| 17. | Improper Opinion Testimony By Expert Witness (FRE 702) |
| 18. | Leading Question |
| 19. | Legal Conclusion |
| 20. | Mischaracterizes Prior Testimony |
| 21. | Testimony Concerning Document Lacking Authentication (FRE 901) |
| 22. | Not Best Evidence (FRE 1002) |

| 23. | Nonresponsive |
|-----|---------------|
| 24. | Outside The Scope Of The 30(B)(6) Topics |
| 25. | Lacks Personal Knowledge |
| 26. | Overly Prejudicial (Rule 403) |
| 27. | Attorney Client Privilege And/Or Work Product Immunity |
| 28. | Relevance (Rule 401, Rule 402) |
| 29. | Vagueness, Ambiguous And Misleading |
| 30. | Violates Motions In Limine |
| 31. | Withdrawn Question |
| 32. | Does Not Exist/Cannot Identify |
| 33. | Improper Opinion Testimony By Lay Witness (FRE 701) |
| 34. | Overbroad Designations/Violates Edtx Local Rules/Court's Orders |
| 35. | Calls For Expert Testimony From A Non-Expert Witness |
| 36. | Counter Designation Does Not Fairly Complete Original Designation |
| 37. | Calls For Expert Opinion By Witness Who Has Not Provided An Expert Report In This Case (FRE 701/FRCP 26) |

| Deponent | Date | ecobee Designation | Ollnova Objections | Ollnova Counter Designations | ecobee Objections |
|---|---|---|---|---|---|
| Padian, Gerald | 4/17/23 | 7:12-17 | 34 | | |
| Padian, Gerald | 4/17/23 | 8:5-7 | 34 | | |
| Padian, Gerald | 4/17/23 | 12:9-15 | 34 | | |
| Padian, Gerald | 4/17/23 | 19:3-10 | 34 | | |
| Padian, Gerald | 4/17/23 | 26:11-21 | 15, 24, 34, 29 | 25:18-26:1; 26:5-10 | |
| Padian, Gerald | 4/17/23 | 30:16-31:17 | 34 | | |
| Padian, Gerald | 4/17/23 | 31:19-32:6 | 34 | | |
| Padian, Gerald | 4/17/23 | 35:12-18 | 34 | | |
| Padian, Gerald | 4/17/23 | 36:1-4 | 34 | | |
| Padian, Gerald | 4/17/23 | 36:17-19 | 34, 3, 26, 30 | | |
| Padian, Gerald | 4/17/23 | 36:21-37:6 | 34 | | |
| Padian, Gerald | 4/17/23 | 37:8-12 | 34, 35 | | |
| Padian, Gerald | 4/17/23 | 37:13-15 | 34 | | |
| Padian, Gerald | 4/17/23 | 38:19-39:4 | 34 | 39:11-22 | R, 403, F, I |
| Padian, Gerald | 4/17/23 | 39:5-10 | 34 | 39:11-22 | R, 403, F, I |
| Padian, Gerald | 4/17/23 | 40:17-20 | 34, 15 | 40:21-41:6 | R, 403, F |
| Padian, Gerald | 4/17/23 | 41:7-12 | 34, 15 | 40:21-41:6 | R, 403, F |
| Padian, Gerald | 4/17/23 | 41:13-14 | 34 | 40:21-41:6 | R, 403, F |
| Padian, Gerald | 4/17/23 | 41:16 | 34 | 40:21-41:6 | R, 403, F |
| Padian, Gerald | 4/17/23 | 41:18-42:2 | 34 | 40:21-41:6 | R, 403, F |
| Padian, Gerald | 4/17/23 | 54:4-21 | 34, 26, 28, 30 | | |
| Padian, Gerald | 4/17/23 | 63:15-64:9 | 34 | 65:2-16 | R, 403, F |
| Padian, Gerald | 4/17/23 | 66:2-5 | 34, 15 | 65:2-16 | R, 403, F |
| Padian, Gerald | 4/17/23 | 66:12-15 | 34, 15 | 65:2-16 | R, 403, F |
| Padian, Gerald | 4/17/23 | 77:14-16 | 34 | | |
| Padian, Gerald | 4/17/23 | 84:7-22 | 34 | | |

| Deponent | Date | ecobee Designation | Ollnova Objections | Ollnova Counter Designations | ecobee Objections |
|---|---|---|---|---|---|
| Padian, Gerald | 4/17/23 | 85:1-10 | 34 | | |
| Padian, Gerald | 4/17/23 | 86:4-18 | 34 | | |
| Padian, Gerald | 4/17/23 | 88:13-21 | 34 | | |
| Padian, Gerald | 4/17/23 | 89:5-17 | 34 | | |
| Padian, Gerald | 4/17/23 | 90:9-92:1 | 34 | | |
| Padian, Gerald | 4/17/23 | 92:2-94:12 | 34 | | |
| Padian, Gerald | 4/17/23 | 95:16-21 | 34 | | |
| Padian, Gerald | 4/17/23 | 96:16-97:1 | 34 | | |
| Padian, Gerald | 4/17/23 | 98:17-99:1 | 34, 29 | 98:7-11; 98:14-16 | R, 403 |
| Padian, Gerald | 4/17/23 | 99:3-17 | 34, 29 | 98:7-11; 98:14-16 | R, 403 |
| Padian, Gerald | 4/17/23 | 99:18-21 | 34 | 98:7-11; 98:14-16 | R, 403 |
| Padian, Gerald | 4/17/23 | 99:22-100:22 | 34 | 98:7-11; 98:14-16 | R, 403 |
| Padian, Gerald | 4/17/23 | 102:1-6 | 34 | | |
| Padian, Gerald | 4/17/23 | 104:19-22 | 34, 28, 25 | | |
| Padian, Gerald | 4/17/23 | 105:1-4 | 34, 28, 25, 24 | | |
| Padian, Gerald | 4/17/23 | 105:6 | 34, 28, 25, 24 | | |
| Padian, Gerald | 4/17/23 | 105:8-10 | 34, 28, 25, 24 | | |
| Padian, Gerald | 4/17/23 | 105:12-13 | 34, 28, 25, 24 | | |
| Padian, Gerald | 4/17/23 | 105:21-106:1 | 34, 28, 25, 24 | | |
| Padian, Gerald | 4/17/23 | 106:3 | 34, 28, 25, 24 | | |
| Padian, Gerald | 4/17/23 | 110:15-20 | 34 | | |
| Padian, Gerald | 4/17/23 | 113:22-114:10 | 34, 25 | 112:18-113:7 | R, 403, DO |
| Padian, Gerald | 4/17/23 | 114:11-16 | 34 | 112:18-113:7 | R, 403, DO |
| Padian, Gerald | 4/17/23 | 115:1-4 | 34, 26, 30 | 112:18-113:7 | R, 403, DO |
| Padian, Gerald | 4/17/23 | 115:6 | 34, 26, 30 | 112:18-113:7 | R, 403, DO |
| Padian, Gerald | 4/17/23 | 119:6-15 | 34 | | |
| Padian, Gerald | 4/17/23 | 119:16-120:1 | 34 | | |
| Padian, Gerald | 4/17/23 | 123:18-124:1 | 34, 24 | | |

| Deponent | Date | ecobee Designation | Ollnova Objections | Ollnova Counter Designations | ecobee Objections |
|---|---|---|---|---|---|
| Padian, Gerald | 4/17/23 | 126:12-17 | 34 | | |
| Padian, Gerald | 4/17/23 | 129:18-130:19 | 34, 30 | | |
| Padian, Gerald | 4/17/23 | 131:4-11 | 34 | | |
| Padian, Gerald | 4/17/23 | 131:22-132:8 | 34 | | |
| Padian, Gerald | 4/17/23 | 137:9-138:18 | 34, 30 | 135:1-136:20 | R, H, 403, 408, I, 30(b)(6), MIL |
| Padian, Gerald | 4/17/23 | 138:19-140:4 | 34 | 135:1-136:20 | R, H, 403, 408, I, 30(b)(6), MIL |
| Padian, Gerald | 4/17/23 | 140:5-20 | 34 | 135:1-136:20 | R, H, 403, 408, I, 30(b)(6), MIL |
| Padian, Gerald | 4/17/23 | 140:21-141:2 | 34 | 135:1-136:20 | R, H, 403, 408, I, 30(b)(6), MIL |
| Padian, Gerald | 4/17/23 | 141:3-9 | 34 | 135:1-136:20 | R, H, 403, 408, I, 30(b)(6), MIL |
| Padian, Gerald | 4/17/23 | 141:10-17 | 34, 30 | 135:1-136:20 | R, H, 403, 408, I, 30(b)(6), MIL |
| Padian, Gerald | 4/17/23 | 152:8-21 | 34 | | |
| Padian, Gerald | 4/17/23 | 159:5-9 | 34 | | |
| Padian, Gerald | 4/17/23 | 159:10-14 | 34 | | |
| Padian, Gerald | 4/17/23 | 159:20-160:8 | 34, 26, 30, 15 | | |
| Padian, Gerald | 4/17/23 | 160:9-18 | 34, 26, 30, 15 | | |
| Padian, Gerald | 4/17/23 | 161:22-162:9 | 34 | | |
| Padian, Gerald | 4/17/23 | 162:17-20 | 34 | | |
| Padian, Gerald | 4/17/23 | 162:21-163:2 | 34 | | |
| Padian, Gerald | 4/17/23 | 163:7-13 | 34 | | |
| Padian, Gerald | 4/17/23 | 163:20-164:15 | 34 | | |
| Padian, Gerald | 4/17/23 | 165:3-6 | 34, 30 | | |
| Padian, Gerald | 4/17/23 | 167:4-16 | 34 | | |
| Padian, Gerald | 4/17/23 | 168:14-169:2 | 34 | | |
| Padian, Gerald | 4/17/23 | 171:13-21 | 34 | | |

| Deponent | Date | ecobee Designation | Ollnova Objections | Ollnova Counter Designations | ecobee Objections |
|---|---|---|---|---|---|
| Padian, Gerald | 4/17/23 | 180:22-181:12 | 34 | 172:19-20; 173:2-10; 173:14-16; 175:1-177:12; 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 195:9-22 | 34 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 196:1-7 | 34 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 196:11-13 | 34 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 196:14-18 | 34 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 196:18-197:5 | 34 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 198:6-9 | 34, 29, 26, 15 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9- | R, 403, I, MIL |

7

| Deponent | Date | ecobee Designation | Ollnova Objections | Ollnova Counter Designations | ecobee Objections |
|---|---|---|---|---|---|
| | | | | 193:16; 193:22-194:2; 194:6-13; 195:1 | |
| Padian, Gerald | 4/17/23 | 198:11-17 | 34, 29, 26, 15 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 198:20-22 | 34 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 199:1-5 | 34, 29, 26, 15 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 199:8-10 | 34, 29, 26, 15 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 199:12-201:20 | 34, 30 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 201:21-202:2 | 34, 29 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 202:8-22 | 34, 30 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9- | R, 403, I, MIL |

8

| Deponent | Date | ecobee Designation | Ollnova Objections | Ollnova Counter Designations | ecobee Objections |
|---|---|---|---|---|---|
| | | | | 193:16; 193:22-194:2; 194:6-13; 195:1 | |
| Padian, Gerald | 4/17/23 | 203:1-18 | 34 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 204:15-205:1 | 34 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1; 204:1-14; 205:2-10 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 206:3-207:2 | 34, 29, 26 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1; 204:1-14; 205:2-10 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 207:13-18 | 34 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1; 204:1-14; 205:2-10; 207:19-22 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 208:13-18 | 34, 15 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9-193:16; 193:22-194:2; 194:6-13; 195:1; 204:1-14; 205:2-10; 207:19-22 | R, 403, I, MIL |
| Padian, Gerald | 4/17/23 | 209:3-19 | 34, 30, 26 | 178:5-179:3; 184:15-185:22; 189-19-190:15; 191:5-192:7; 192:9- | R, 403, I, MIL |

9

| Deponent | Date | ecobee Designation | Ollnova Objections | Ollnova Counter Designations | ecobee Objections |
|---|---|---|---|---|---|
| | | | | 193:16; 193:22-194:2; 194:6-13; 195:1; 204:1-14; 205:2-10; 207:19-22 | |
| Padian, Gerald | 4/17/23 | 210:13-211:5 | 34 | | |
| Padian, Gerald | 4/17/23 | 211:19-212:10 | 34 | 212:21-213:12 | R, 403, I |
| Padian, Gerald | 4/17/23 | 213:13-20 | 34, 15 | 212:21-213:12 | R, 403, I |
| Padian, Gerald | 4/17/23 | 214:6-17 | 34 | 212:21-213:12 | R, 403, I |
| Padian, Gerald | 4/17/23 | 214:19-215:11 | 34 | 212:21-213:12 | R, 403, I |
| Padian, Gerald | 4/17/23 | 217:2-21 | 34 | | |
| Padian, Gerald | 4/17/23 | 222:18-20 | 34, 15, 26, 8 | 222:21; 223:1-18 | R, H, 403, 408, I, MIL |
| Padian, Gerald | 4/17/23 | 231:7-8 | 34, 24 | | |
| Padian, Gerald | 4/17/23 | 231:10 | 34, 24 | | |
| Padian, Gerald | 4/17/23 | 233:19-21 | 34, 24, 25 | | |
| Padian, Gerald | 4/17/23 | 234:1-2 | 34, 24, 25 | | |
| Padian, Gerald | 4/17/23 | 234:4-7 | 34, 24 | | |
| Padian, Gerald | 4/17/23 | 234:22-235:3 | 34, 24, 25 | | |
| Padian, Gerald | 4/17/23 | 235:5-6 | 34, 24, 25 | | |

Dated: July 31, 2023                    Respectfully submitted,

By: */s/ Jason M. Dorsky*
Jennifer Parker Ainsworth
TX Bar No. 00784720
WILSON, ROBERTSON &
CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

Timothy J. Carroll
VENABLE LLP
227 W Monroe St, Suite 3950
Chicago, IL 60606
Telephone: (312) 820-3400
Facsimile: (312) 820-3401
Email: TJCarroll@Venable.com

Manny J. Caixeiro
VENABLE, LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310-229-9900
Fax: 310-229-9901
Email: MJCaixeiro@venable.com

Jason M. Dorsky
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: JMDorsky@Venable.com

*Attorneys for Defendant*
*ecobee Technologies ULC d/b/a Ecobee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 31st day of July, 2023.

By: <u>*/s/ Eric T. Harmon*</u>