UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OLLNOVA TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> ECOBEE TECHNOLOGIES ULC d/b/a ECOBEE, <br><br> Defendant. | Case No. 2:22-cv-00072-JRG |

**PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD ATTORNEY**

Plaintiff Ollnova Technologies Limited ("Ollnova") hereby files this Notice of Designation of Lead Attorney and would respectfully show the Court as follows:

Brett E. Cooper is hereby identified as lead counsel for Ollnova for all purposes, including the upcoming trial of this case. Ollnova will continue to represented by all current counsel of record.

On September 23, 2022 the Court granted Ollnova's Unopposed Motion to Withdraw and Substitute Counsel. (Dkt. No. 66). By the Court's order, Reza Mirzaie, Ollnova's former lead counsel, was permitted to withdraw. *Id.* No designation of lead counsel was made following the withdrawal of Mr. Mirzaie. Mr. Cooper has been an attorney of record since March 18, 2022. (Dkt. No. 5). Mr. Cooper has been functioning as lead counsel since Mr. Mirzaie's withdrawal. Counsel for Ollnova inadvertently did not redesignate lead counsel.

Ollnova therefore respectfully provides notice that:

Brett E. Cooper
**BC LAW GROUP, P.C.**

1

200 Madison Avenue, 24th Floor<br>
New York, NY 10016<br>
Tel.: (212) 951-0100<br>
Fax: (212) 951-0330<br>
bcooper@bc-lawgroup.com

is designated as Lead Attorney for Ollnova in this case.

Dated: September 29, 2023

Respectfully submitted,
By: /s/ *Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (NY SBN 5324967)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 951-0100
Fax: (646) 293-2201

*Attorneys for Plaintiff Ollnova Technologies Limited*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the counsel of record are being served on September 28, 2023 with a copy of this document via ECF.

/s/ *Brett Cooper*
Brett E. Coope