IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **OLLNOVA TECHNOLOGIES LIMITED** § § | |
| v. § § | **CIVIL ACTION NO. 2:22-CV-00072-JRG** |
| **ECOBEE TECHNOLOGIES, ULC d/b/a ECOBEE** § § § | |

**MINUTES FOR JURY TRIAL DAY NO. 5**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
October 5, 2023

**OPEN:** 08:02 AM                                        **ADJOURN:** 05:18 PM

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANT:       See attached

LAW CLERKS:                                    Dylan Freeman
                                                              Jeffrey Jacobsen
                                                              Dallas Jackson

COURT REPORTER:                           Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                     Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:02 AM | Court opened. |
| 08:03 AM | Exhibits used prior day read into the record. |
| 08:04 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:05 AM | Court provided instructions. |
| 08:06 AM | Formal charge conference started. |
| 08:06 AM | Mr. Parish argued for the Plaintiff. Mr. Dorsky argued for the Defendant. |
| 08:24 AM | Formal charge conference completed. |
| 08:25 AM | Recess. |
| 09:33 AM | Court reconvened. |
| 09:37 AM | Jury entered the courtroom. |
| 09:38 AM | Court proceeded to charge the Jury with final instructions. |
| 10:45 AM | Closing argument by Plaintiff's counsel, Ms. Fair. |
| 11:17 AM | Closing argument by Defendant's counsel, Mr. Sandonato. |
| 11:55 AM | Final closing argument by Plaintiff's counsel, Ms. Fair. |
| 11:59 AM | Closing arguments concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:59 AM | Court gave final instructions to the Jury. |
| 12:04 PM | Jury retired to jury room to deliberate. |
| 12:05 PM | Court recessed. |
| 04:30 PM | Court reconvened. |
| 04:30 PM | Court informed counsel of a Jury note received by the Court. |
| 04:30 PM | Discussion with counsel. |
| 04:31 PM | Court read into the record the response to Jury Note No. 1. |
| 04:32 PM | Court provided instructions to CSO to hand-deliver response to Jury. |
| 04:32 PM | Recess. |
| 05:05 PM | Court reconvened. |
| 05:06 PM | Court informed counsel of a Jury note received by the Court. |
| 05:07 PM | Jury entered the courtroom. |
| 05:08 PM | Court announced the verdict into the record. |
| 05:12 PM | Jurors polled representing a unanimous verdict. |
| 05:18 PM | Jurors released and excused by the Court. |
| 05:18 PM | Court adjourned. |