IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OLLNOVA TECHNOLOGIES LIMITED, § § *Plaintiff*, § § v. § § ECOBEE TECHNOLOGIES ULC d/b/a § ECOBEE, § § *Defendant*. § § | CIVIL ACTION NO. 2:22-CV-00072-JRG |

**FINAL JUDGMENT**

A jury trial commenced in the above-captioned case on September 29, 2023, and on October 5, 2023 the jury reached and returned its unanimous verdict finding that Defendant ecobee Technologies ULC d/b/a ecobee ("Defendant") infringed one or more of: Claims 1, 11, 12, and 20 of U.S. Patent No. 7,746,887, Claims 1 and 2 of U.S. Patent No. 7,860,495, Claims 1, 3, 6, and 21 of U.S. Patent No. 8,224,282, and Claims 1, 5, and 17 of U.S. Patent No. 8,264, 371 (collectively, the "Asserted Claims"), that Claims 1, 3, 6, and 21 of U.S. Patent No. 8,224,282 were invalid as either being anticipated or obvious in light of the prior art, and that Plaintiff Ollnova Technologies Limited ("Plaintiff") is owed $11,500,00.00 for Defendant's infringement in the form of a one-time lump sum reasonable royalty. (Dkt. No. 225.)

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendants have infringed one or more of the Asserted Claims;

2. Claims 1, 3, 6, and 21 of U.S. Patent No. 8,224,282 are invalid;

3. Plaintiff is hereby awarded compensatory damages from Defendant and shall accordingly have and recover from Defendant $11,500,00.00 US Dollars for Defendant's infringement, all of which is a reasonable royalty in the form of a one-time lump sum payment;

4. Pursuant to 35 U.S.C. § 284 and Supreme Court guidance that "prejudgment interest shall ordinarily be awarded absent some justification for withholding such an award,"[1] the Court awards pre-judgment interest to Plaintiff to be recovered by Plaintiff from Defendant and applicable to all sums awarded herein, calculated at the five-year U.S. Treasury Bill rate, compounded monthly, adjusting the effective rate with each and every change in said five-year U.S. Treasury Bill rate from the date of the infringement began;

5. Pursuant to 28 U.S.C. § 1961, the Court awards to Plaintiff from Defendant post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid; and

6. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Plaintiff is the prevailing party in this case and shall recover its costs from Defendant. Plaintiff is directed to file its proposed Bill of Costs.

All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

---

[1] *General Motors Corp. v. Devex Corp.*, 461 U.S. 648, 657 (1983).

**So ORDERED and SIGNED this 1st day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE